# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136113 & (51)(52)

DENIS J. DONOVAN, JR.,
      Plaintiff-Appellee,

v

METRO PLANT SERVICES, INC., and
LAQUITA HILL,
      Defendants-Appellants.

SC: 136113
COA: 275373
Wayne CC: 05-506577-NI

_____/

      On order of the Court, the motions for miscellaneous relief are GRANTED.  The application for leave to appeal the March 6, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008

Clerk

d0604